1  JAMES F. MCCABE (CA SBN 104686)
   JMcCabe@mofo.com
2  ANGELA E. KLEINE (CA SBN 255643)
   AKleine@mofo.com
3  LAUREN WROBLEWSKI (CA SBN 291019)
   LWroblewski@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendants
   DHI GROUP, INC. AND DICE INC.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  IAN DOUGLAS, individually, as a representative        Case No.    5:17-cv-04887-LHK
    of the class, and on behalf of the general public,
13                                                        **STIPULATION OF VOLUNTARY**
                        Plaintiff,                        **DISMISSAL PURSUANT TO**
14                                                        **FEDERAL RULE OF CIVIL**
              v.                                          **PROCEDURE 41(a)(1)(A)(ii)**
15

16  DHI GROUP, INC. and DICE INC.,

17                      Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties

2  hereby stipulate as follows:

3    WHEREAS this case was filed on July 26, 2017 in the Superior Court of the State of

4  California for the County of Santa Clara;

5    WHEREAS, on August 23, 2017, Defendants removed this matter to this Court;

6    WHEREAS, on March 14, 2018, the parties attended mediation with mediator Rodney

7  Max;

8    WHEREAS, the parties are evaluating a proposal to settle the case;

9    WHEREAS, such evaluation will require two months to complete;

10    The parties stipulate and agree to dismiss this action without prejudice, each party bearing

11  its own fees and costs.  The parties further stipulate that the statute of limitations with respect to

12  the asserted claims shall remain tolled as though the action had never been dismissed from this

13  Court.

14    The parties further stipulate that, should the case not be resolved, and should Plaintiff

15  refile the action in state court, Defendants shall not remove such action to federal court and shall

16  not seek any costs associated with this action pursuant to Fed. R. Civ. P. 41(d) or any other

17  similar rule, law or principle that might allow the recovery of costs associated with an initial

18  action when an action based on or including the same claim as the initial action is re-filed after a

19  voluntary dismissal.

20    IT IS SO STIPULATED.

21    Respectfully submitted,

22  DATED:  March 19, 2018

23                                   BERGER & MONTAGUE, P.C.

24                   By:   _____
                          /s/ John Albanese
25                        John Albanese

26                        Attorneys for Individual and
                          Representative Plaintiff

27

28

DATED:  March 19, 2018                          MORRISON & FOERSTER LLP


                                        By:    /s/ James F. McCabe
                                               _____
                                               James F. McCabe

                                               Attorneys for Defendants
                                               DHI GROUP, INC. AND DICE INC.


## ECF ATTESTATION

I, James F. McCabe, am the ECF User whose ID and password are being used to file this

document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that John Albanese has

concurred in this filing.


Dated:  March 19, 2018                  MORRISON & FOERSTER LLP


                                        By:    /s/ James F. McCabe
                                               _____
                                               James F. McCabe

                                               Attorneys for Plaintiff
                                               DHI GROUP, INC. AND DICE INC.